Edward J. Leone, an Infant, etc., Respondent, v. Willard L. Gray, Doing Business under the Firm Name and Style of Cumberland Garage Company, Defendant, Impleaded with John C. Cole, a Marshal of the City of New York, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Jenks, P. J., Thomas, Carr, Stapleton and Putnam, JJ., concurred.

William Robert Michelfelder, an Infant, by Catherine Michelfelder, His Guardian ad Litem, Respondent, v. Royal Baking Powder Company, Appellant.— Judgment modified on consent, and as modified judgment and order unanimously affirmed, with costs to the respondent. Present — Jenks, P. J., Thomas, Carr, Stapleton and Putnam, JJ. Order signed.

Dane E. Rianhard, Respondent, v. M. Bowsky Fur Dressing and Dyeing Company, Appellant.— Judgment and order affirmed, with costs. No opinion. Jenks, P. J., Burr, Carr, Stapleton and Putnam, JJ., concurred.

John Tierney, Respondent, v. Pittsburg Contracting Company, Appellant.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Jenks, P. J., Burr, Carr, Stapleton and Putnam, JJ.

Barbara Von Ruti, Respondent, v. Mary E. Fitzgerald, Appellant.— Judgment and order of the County Court of Queens county unanimously affirmed, with costs. No opinion. Present — Jenks, P. J., Thomas, Carr, Stapleton and Putnam, JJ.

Elsa Wittgren, as Administratrix, etc., of Nies Bernhard Wittgren, Deceased, Appellant, v. Wells Brothers Company of New York, Respondent.— Judgment and order unanimously affirmed, with costs, on the authority of *Wittgren* v. *Wells Brothers Co.* (141 App. Div. 693; 149 id. 961). Present — Jenks, P. J., Burr, Thomas, Carr and Rich, JJ.

Marie Dobbs, Respondent, v. Interborough Rapid Transit Company, Appellant.— Motion for reargument denied, with ten dollars costs. Present — Jenks, P. J., Thomas, Carr, Stapleton and Putnam, JJ.

Alexander Dumas, Jr., Respondent, v. Auburndale Realty Company, Appellant.— Motion for reargument denied, with ten dollars costs. Present — Burr, Thomas, Rich, Stapleton and Putnam, JJ.

Ralph E. Hemstreet, Respondent, v. Gertrude E. Childs, Appellant.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Present — Burr, Thomas, Rich, Stapleton and Putnam, JJ.